**Herman Schneider and Florence Schneider, appellees, v. Sophia G. Wrede, appellant. Gen. No. 31,704.**

Action to recover down payment on realty sale. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927.

Edward Maher and Butz, Von Ammon & Marx, for appellant. Urion, Drucker, Reichmann & Boutell, for appellees; Jerome J. Sladkey and William B. Gemmill, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Theodore V. Jansha, a minor, appellee, v. Public Service Company of Northern Illinois, appellant. Gen. No. 31,713.**

Action for personal injuries to minor from electric power lines. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. O'Connor, J., dissents. Opinion filed December 12, 1927. Rehearing denied December 27, 1927.

Gardner, Foote, Burns & Morrow, for appellant; W. A. Morrow and Walter M. Fowler, of counsel. E. Leslie Cole and H. H. Patterson, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**John Brummer, appellant, v. Anna B. Martin, appellee. Gen. No. 31,727.**

Action on promissory notes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927.

Thompson, Tyrrell & Chambers, for appellant; Walter H. Chambers, of counsel. Alex M. Golman, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.